# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2026 KW 0127

VERSUS

JAMES BARROW                                          **MAY 4, 2026**

---

In Re:    James Barrow, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          03-11-0655.

---

**BEFORE:   MILLER, EDWARDS, FIELDS, JJ.**

    **WRIT GRANTED.** Relator represents that the district court has failed to act on his motion to amend or modify sentence filed on or about July 30, 2025. The district court is ordered to act, if it has not already done so, on or before July 6, 2026 and to file a copy of its ruling with this court on or before July 13, 2026.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT